# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Jaynes Corporation ) | ASBCA No. 58985 |
| ) | |
| Under Contract No. W912PL-09-C-0009 ) | |

APPEARANCE FOR THE APPELLANT:       Judith Ward Mattox, Esq.
                                                           Colorado Springs, CO

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                                           Engineer Chief Trial Attorney
                                                       John F. Bazan, Esq.
                                                           Engineer Trial Attorney
                                                           U.S. Army Engineer District, Los Angeles

## ORDER OF DISMISSAL

The dispute has been settled.

The appeal is dismissed with prejudice.

Dated:  21 May 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58985, Appeal of Jaynes Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals